## In re ACTIVE WET WASH LAUNDRY CO., Inc.

District Court, S. D. New York.
April 14, 1934.

Max E. Sanders, of New York City (David L. Shandalow, of New York City, of counsel), for Edmund Wright.

I. N. Thurman, of New York City, for Oscar Frisch.

Dills, Muecke & Schelker, of New York City (Walter G. Schelker, of New York City, of counsel), for Troy Laundry Machinery Co.

KNOX, District Judge.

It is ordered that the decision herein of the Hon. John E. Joyce, Referee in Bankruptcy herein, dated January 26, 1934, be and the same hereby is in all respects affirmed and approved.